UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number:  09-14294-CIV-MARTINEZ-BROWN

DIANA GARCIA,

      Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP-
DELAWARE,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal with

Prejudice **(D.E. No. 22)**.  It is:

**ADJUDGED** that this action is DISMISSED with prejudice.  It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case

is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of July, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record